**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

G. Paul Marx                         Ron Cleon Johnson
Louisiana Appellate Project          Riverbend Detention Center DOC No. 150833
PO Box 82389                         9450 Hwy. #65 South, Dorm F
Lafayette LA 70598-2389              Lake Providenc LA 71254

> Judgment on rehearing rendered and mailed to all parties or counsel of record on July 31, 2024

**REHEARING ACTION: July 31, 2024**

**Docket Number: 23   00510-KA consolidated with 368-KH**

**STATE OF LOUISIANA**
**VERSUS**
**RON CLEON JOHNSON**

**Appealed from Natchitoches Parish Case No. 32761**

**BEFORE JUDGES:**

    **Hon. Elizabeth A. Pickett**
    **Hon. Candyce G. Perret**
    **Hon. Sharon Darville Wilson**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Ron Cleon Johnson** has this day been

    **DENIED.**

cc: Billy Joseph Harrington, Counsel for the Appellee
    R. Bray Williams, Counsel for the Appellee
    Clifford Royce Strider, III, Counsel for the Appellee